UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORMSER, KIELY, GALEF & JACOBS LLP<br><br>          -v-<br><br>WORLD-LINK HOLDINGS, INC. and WORLD-LINK, INC.<br>          Plaintiff,<br><br>          Defendant. | Case No. 08-CV-6013<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for World-Link Holdings, Inc. and World-Link, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** July 3, 2008

/s/ Barry J. Roy
**Signature of Attorney**

**Attorney Bar Code:** BR5896

Form Rule7_1.pdf  SDNY Web 10/2007