**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Barry J. Roy (BR5986)
*Attorneys for Defendants, World-Link Holdings, Inc.
  and World-Link, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORMSER, KIELY, GALEF & JACOBS LLP,<br><br>    Plaintiff,<br><br>vs.<br><br>WORLD-LINK HOLDINGS, INC. and WORLD-LINK, INC.,<br><br>    Defendants. | Civ. Action No. 08-CV-6013 |

## CERTIFICATE OF SERVICE

**YOLANDA PALMERI**, of full age, hereby certifies as follows:

1.   I am employed by the firm of Rabinowitz, Lubetkin & Tully, L.L.C., counsel for Defendants World-Link Holdings, Inc. and World-Link, Inc.

2.   On July 3, 2008, I caused to be served a copy of the Answer of Defendants, World-Link Holdings, Inc. and World-Link, Inc. via U.S. first-class mail, postage prepaid, upon Wormser, Keily, Galef & Jacobs LLP at 825 Third Avenue, 26th. Floor, New York, New York 10022.

I hereby certify that the foregoing statements made by me are true.  I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                          /s/ Yolanda Palmeri
                                          YOLANDA PALMERI

Dated:  July 3, 2008

F:\Client_Files\N-Z\WorldLink\Wormser\CertSrv - Answer.doc